UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC WRIGHT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:22-cv-00830-SDD-RLB |
| § | |
| UNITED RENTALS (NORTH AMERICA), § | |
| INC., § | |
| § | |
| Defendant. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court was advised by counsel for Plaintiff Eric Wright and counsel for Defendant United Rentals (North America), Inc. (collectively "the Parties") that the matters in issue in the above-entitled action have been resolved and that Plaintiff Eric Wright no longer wishes to prosecute his claims in this lawsuit.

It is hereby ORDERED, ADJUDGED, AND DECREED that the above-entitled and numbered action, and all claims that were or could have been raised herein, are DISMISSED WITH PREJUDICE to the re-filing of same in any form. The Parties will each bear their own attorneys' fees and costs.

Signed in Baton Rouge, Louisiana this  12th day of   December  , 2023.

*Shelly D. Dick*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUSIANA

**AGREED AS TO FORM AND SUBSTANCE:**

*/s/ Phil Bohrer*
Philip Bohrer (#14089)
phil@bohrerbrady.com
**Bohrer Brady LLC**
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297

*/s/ Jay D. Ellwanger*
Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@equalrights.law
**ELLWANGER HENDERSON LLLP**
11149 Research Blvd., Suite 100
Austin, Texas 78759
Telephone: (737) 808-2260
Facsimile:  (737) 808-2239
**COUNSEL FOR PLAINTIFF**

*/s/ Karen C. Denney*
Karen C. Denney -Lead Attorney
Texas State Bar No. 24036395
karen.denney@haynesboone.com
HAYNES AND BOONE, LLP
301 Commerce Street, Suite 2600
Fort Worth, Texas 76102
Telephone: 817-347-6616
Telecopier: 817-348-2327

*/s/ Phyllis G. Cancienne*
PHYLLIS G. CANCIENNE (#19605)
DERBIGNY DAROCA (#38444)
**BAKER DONELSON BEARMAN**
**CALDWELL & BERKOWITZ, PC**
450 Laurel Street, North Tower, 21st Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7000
Facsimile: (225) 343-3612
E-mail: pcancienne@bakerdonelson.com
Email: ddaroca@bakerdonelson.com
**COUNSEL FOR DEFENDANT**